IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMIE HEMPHILL　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 154075

v.　　　　　　　　　CASE NO. 4:25-cv-00602-JM-JTK

DEXTER PAYNE, et al.　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. No. 20). The RD recommends granting the ADC Defendant's motion to dismiss. At his request, Plaintiff was given until November 12, 2025 to file an amended complaint. (Doc. No 19). He did not do so, nor did he file any objections to the pending RD and the time to do so has passed.

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.　The ADC Defendants' Motion to Dismiss (Doc. No. 12) is GRANTED, and

2.　Defendants Payne and Ball are TERMINATED as parties to this action.

Dated this 1st day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE