**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMIE HEMPHILL** **PLAINTIFF**
**ADC # 154075**

**v.** **Case No. 4:25-cv-00602-JM-JTK**

**DEXTER PAYNE, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 27) is GRANTED;
2. Plaintiff's claims against Defendants are DISMISSED with prejudice; and
3. The Clerk of the Court is directed to CLOSE this action.

DATED this 26th day of August, 2026.

UNITED STATES DISTRICT JUDGE