**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMIE HEMPHILL** **PLAINTIFF**
**ADC # 154075**

**v.** **Case No. 4:25-cv-00602-JM-JTK**

**DEXTER PAYNE, et al.** **DEFENDANTS**

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 26th day of August, 2026.

UNITED STATES DISTRICT JUDGE